# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-18-68-GF-BMM |
| vs. | |
| MACEDONIA FRANCES MONDRAGON, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 5, 2022. (Doc. 42.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 4, 2022. (Doc. 37.) The United States accused Mondragon of violating her conditions of supervised release 1) by possessing methamphetamine; 2) by failing to complete her 180-day term at the Great Falls Pre-Release Center; and 3) by using methamphetamine and buprenorphine. (Doc. 35.)

At the revocation hearing, Mondragon admitted to violating the conditions of her supervised release 1) by possessing methamphetamine; 2) by failing to complete her 180-day term at the Great Falls Pre-Release Center; and 3) by using methamphetamine and buprenorphine. (Doc. 37.) Judge Johnston found that the violations Mondragon admitted proved to be serious and warranted revocation, and recommended that Mondragon receive a custodial sentence of 4 months with 44 months supervised release to follow. (Doc. 42.) Mondragon was advised of her right to appeal and her right to allocute before the undersigned. (Doc.37.) The violations prove serious and warrants revocation of Mondragon's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 42) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Macdeonia Frances Mondragon be sentenced to the

custody of the United States Bureau of Prisons for 4 months with 44 months of supervised release to follow.

DATED this 23rd day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court