# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MACEDONIA FRANCES MONDRAGON,<br><br>Defendant. | CR 18-68-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Macedonia Frances Mondragon (Mondragon) has been accused of violating the conditions of her supervised release. Mondragon admitted alleged violations 3 and 4. The Court dismissed alleged violations 1 and 2 on the government's motion. Mondragon's supervised release should be revoked. Mondragon should be placed in custody for 6 months, with 38 months of supervised release to follow. Mondragon should serve the first 60 days of supervised release at Connections Corrections or a similar secure inpatient drug treatment facility.

## II. Status

Mondragon pleaded guilty to Possession with Intent to Distribute Methamphetamine on November 14, 2018. (Doc. 16). The Court sentenced Mondragon to 66 months of custody, followed by 4 years of supervised release. (Doc. 23). Mondragon's current term of supervised release began on November 18, 2022. (Doc. 54 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on January 4, 2024, requesting that the Court revoke Mondragon's supervised release. (Doc. 54). The Amended Petition alleged that Mondragon violated the conditions of her supervised release: 1) by knowingly interacting with an individual engaged in criminal activity; 2) by committing another crime; 3) by using marijuana; and 4) by using methamphetamine on two separate occasions.

**Initial appearance**

Mondragon appeared before the undersigned for her initial appearance on Amended Petition on January 16, 2024. Mondragon was represented by counsel. Mondragon stated that she had read the petition and that she understood the allegations. Mondragon waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

2

**Revocation hearing**

The Court conducted a revocation hearing on January 16, 2024. Mondragon admitted that she had violated the conditions of his supervised release: 1) by using marijuana; and 2) by using methamphetamine on two separate occasions. The Court dismissed alleged violations 1 and 2 on the government's motion. The violations that Mondragon admitted are serious and warrant revocation of Mondragon's supervised release.

Mondragon's violations are Grade C violations. Mondragon's criminal history category is III. Mondragon's underlying offense is a Class B felony. Mondragon could be incarcerated for up to 36 months. Mondragon could be ordered to remain on supervised release for up to 44 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Mondragon's supervised release should be revoked. Mondragon should be incarcerated for 6 months, with 38 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Mondragon should serve the first 60 days of supervised release at Connections Corrections or a similar secure inpatient drug treatment facility.

## IV. Conclusion

The Court informed Mondragon that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Mondragon of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Mondragon that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> Macedonia Frances Mondragon violated the conditions of her supervised release: by using marijuana; and by using methamphetamine on two separate occasions.

The Court **RECOMMENDS:**

> The District Court should revoke Mondragon's supervised release and commit her to the custody of the United States Bureau of Prisons for 6 months, with 38 months of supervised release to follow. Mondragon should serve the first 60 days of supervised release at Connections Corrections or a similar secure inpatient drug treatment facility.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 17th day of January, 2024.

_John Johnston_
United States Magistrate Judge