# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MACEDONIA FRANCES MONDRAGON,<br><br>Defendant. | CR 18-68-GF-BMM-JTJ<br><br>ORDER |

United States Magistrate Judge John Johnston entered his Findings and Recommendation in this case on January 17, 2024. (Doc. 59.) Judge Johnston recommended that Macedonia Frances Mondragon's ("Mondragon") supervised release be revoked and Mondragon be placed in custody for 6 months, with 38 months of supervised release to follow. (*Id.* at 1.) Judge Johnston also recommended that Mondragon serve the first 60 days of her supervised release at Connections Corrections or a similar secure inpatient drug treatment facility. (*Id.*) Mondragon admitted that she violated the conditions of her supervised release by 1) using marijuana; and 2) using methamphetamine on two separate occasions. (*Id.* at 3.)

-1-

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to *de novo* review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

## ORDER

Accordingly, **IT IS ORDERED**:

1. Mondragon's term of supervised release is **REVOKED**. Mondragon is committed to the custody of the United States Bureau of Prisons for 6 months with 38 months of supervised release to follow.

2. Mondragon shall serve the first 60 days of her term of supervised release at Connections Corrections or a similar secure inpatient drug treatment facility.

DATED this 1st day of February 2024.

Brian Morris, Chief District Judge
United States District Court